GIVENS, *Appellant*, v. COBB *et al.*

**Land**: VENDEE : EQUITY OF REDEMPTION.  One who goes into possession of land under an agreement with the owner to pay for the same within a specified time, and, at the expiration of the time limited, relinquishes possession without having paid anything under the agreement, has no equity of redemption and cannot compel specific performance of the agreement.*

*Appeal from St. Louis Court of Appeals.*

AFFIRMED.

*W. C. Marshall* for appellant.

*D. T. Jewitt* for respondents.

HENRY, J.—The court of appeals, in its opinion delivered in this cause, affirming the judgment of the circuit court, gives a full and fair statement of the facts of the case, and concurring in the conclusion reached by that court, we affirm its judgment.